UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAYTONYA SAYLES, )
 )
       Plaintiff, )
 )
v. ) No.   4:18 CV 743 CDP
 )
SAINT LOUIS UNIVERSITY, )
 )
       Defendant. )

## JUDGMENT

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that defendant Saint Louis University shall have summary judgment on plaintiff Laytonya Sayles' claims that it unlawfully terminated her employment on account of her race and disability, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, and the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, and said claims against Saint Louis University are dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2019.